IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING AND DISPOSITION THEREOF IF FILED

LEVONE STOKES,

      Petitioner,

v.

                                          Case No. 5D23-0137
                                          LT Case No. 2018-CF-8204

STATE OF FLORIDA,

      Respondent.

_____/

Opinion filed January 27, 2023

Petition for Belated Appeal,
A Case of Original Jurisdiction.

Rachael E. Reese, of O'Brien Hatfield Reese PA, Tampa, for Petitioner.

No Appearance for Respondent.

PER CURIAM.

The petition for belated appeal is granted. A copy of this opinion shall be filed with the trial court and be treated as the notice of appeal from the February 28, 2022 order denying motion for postconviction relief filed in Case No. 2018-CF-8204, Duval County, Florida. See Fla. R. App. P. 9.141(c)(6)(D).

PETITION GRANTED.

JAY, HARRIS and SOUD, JJ., concur.